```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA             :

                                     :   ORDER
     - against -
                                     :   23 Cr 504 (JSR)

FELIX HERRERA GARCIA                 :
                                     :
            Defendant.
------------------------------------X
```

JED S. RAKOFF, U.S.D.J.

Upon the application of James Neuman and David Greenfield, counsel for FELIX HERRERA GARCIA, a defendant in the above captioned case;

**IT IS HEREBY ORDERED**, that the Metropolitan Detention Center allow the following clothing be admitted for Felix Herrera Garcia, Inmate ID #79767-510, for his upcoming trial:

1. 3 Slacks
2. 3 Suit Jackets
3. 4 Shirts
4. 2 Ties
5. 4 Pairs of Socks
6. 1 Pair of Shoes
7. 1 Belt

Dated: New York, New York
       June 5, 2024

S O   O R D E R E D:

_____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE