# CONSULTING PROJECT

## PRE-SENTENCE MEMORANDUM

### UNITED DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

#### UNITED STATES OF AMERICA

-against-

Grei Francisca Mendez Martinez
Docket # 0208 S4:23CR0054-002

HONORABLE JED S. RAKOFF

BRANDON C. THOMPSON
MARGARET E. LYNAUGH
Southern District United States Attorney's Office

Respectfully submitted,

Yaquelin Castillo, LCSW
Forensic Social Work Consultant

Reynaldo Cusicanqui, BA
Forensic Mitigation Specialist
CONSULTING PROJECT

Paul R. King, Esq.
170 Old Country Road, Ste. 502
Mineola, NY, 11501
DEFENSE ATTORNEY

February 24, 2025

## CONTENTS

INTRODUCTION…………………………………………………………..…….....................Pg. 4

BIOPSYCHOSOCIAL HISTORY……………………………………………………………......Pg. 6

RELEVANT TIMELINE OF EVENTS…………………………………………...……….............Pg.10

EDUCATIONAL HISTORY …………………………………………………………............Pg. 13

EMPLOYMENT HISTORY AND OPENING OF DAYCARE CENTER……………….Pg. 14

LEGAL HISTORY………………………………………………………………………..Pg. 16

ALCOHOL AND SUBSTANCE USE HISTORY………....……………………...............Pg. 16

FAMILY HISTORY……………………………………………………………….....................Pg. 16

PHYSICAL HEATLH HISTORY……………………………………………………….......Pg. 20

PAST AND PRESENT MENTAL HEALTH HISTORY……………………………………..Pg. 20

MENTAL HEALTH TESTING AND ASSESSMENTS………………………………….…...Pg. 22

COLLATERAL INTERVIEWS ……………………………………………………..............Pg. 23

ASSESSMENT OF CHARACTER ……………………………………………………….......Pg. 30

ADJUSTMENT TO INCARCERATION……………………………………………………...Pg. 31

CLINICAL CONCLUSIONS……………………………………………..…..……………..Pg. 32

RELEVANT RESEARCH SUPPORTING CLINICAL CONCLUSIONS………………….Pg. 33

COLLATERAL CONSEQUENCES……………………………………………………………..Pg. 35

RECOMMENDATIONS………………………………………………………………………….Pg. 37

Exhibits:

A- Character Reference Letters:

1. Franklin Junior Mendez- son
2. Grisleidy Mendez- daughter
3. Grisbel Mendez – daughter
4. Julian Antonio Peralta- step-father
5. Emill Inoa- goddaughter

6. Arlin Gabriela Bison Ventura-stepdaughter
7. Maria Castillo Herrera-daughter of paternal uncle
8. Yonathan Perez-Duran-friend
9. Blanca Hernandez- friend
10. Rafaelina Herrera Rosa-friend
11. Rachel Herrera Rosa- friend
12. Julian Antonio Peralta- friend
13. Roberto Cordero- neighbor

B- MDC Staff letters and Work Performance Rating Sheet

1. Stephen Espinet- MDC Correctional Counselor
2. Reverend Ngozi Osuji- MDC Chaplain
3. Work Performance Rating Sheet- from 1-9-25 to 2-13-25

C- Multiple MDC Facility Certificates
D- Other Certificates and License

1. Home Health Aide Certificate- from New York Career Training School, LLC
2. NY State Office of Children and Family Services- Group Family Day Care License

**INTRODUCTION**

This pre-sentence memorandum has been prepared by the Consulting Project, a private mitigation and forensic social work firm that assists defense attorneys with evaluations of individual clients and cases with a view toward presenting alternative pleas and sentencing possibilities to the Court and the United States Attorney's Office. This memorandum is submitted by Reynaldo Cusicanqui, Forensic Mitigation Specialist, and Yaquelin Castillo, Licensed Clinical Social Worker, on behalf of Grei Francisca Mendez Martinez, at the request of her attorney, Paul R. King.

Mr. Cusicanqui has worked as a Forensic Mitigation Specialist and Sentencing Advocate since 1995. Due to his lengthy experience, he has knowledge of biopsychosocial contributors and extensive knowledge of criminal behavior derived from evaluating thousands of defendants in the state and federal court systems throughout his career. He has also gained most of his forensic experience in mitigation from being appointed as a Senior Mitigation Specialist on numerous death penalty eligible matters in the United States District Court for the Southern and Eastern Districts of New York.

Ms. Castillo has worked as a Licensed Social Worker since 2018 conducting mental health assessments and crisis interventions for adults. Additionally, Ms. Castillo provides intensive clinical psychotherapy sessions to individuals with various mood disorders. She develops a therapeutic alliance to explore presenting issues, assesses patients' needs and develops a treatment plan to enhance a person's quality of life and create a sustainable foundation.

The information in this memorandum is based on four interviews and a clinical assessment of Ms. Mendez conducted at the Metropolitan Detention Center. In person collateral interviews were also conducted with her mother, Minerva Maribel Sanchez, her sister, Bettina Mendez, and

4

her daughter, Grisbel Mendez. The presentence investigation report (PSI), completed on January 24, 2025, by U.S. Probation Officer Michelle Millan, documentation provided by Grei Mendez's family, and character letters were also reviewed. During the various interviews and clinical assessments, Ms. Mendez exhibited symptoms consistent with a significant history of trauma and adversity. This memorandum will comprehensively highlight the mitigating factors that we believe warrant careful consideration for a sentence that is no greater than necessary.

The mitigating factors we have identified are:

- Ms. Mendez's experiences of emotional neglect, financial hardship, and both physical and emotional abuse within her home has profoundly affected her emotional, psychological, and social development, hindering her ability to form healthy relationships and cope with life's challenges.

- Ms. Mendez has faced significant early life stress and adversity, which have led to difficulties in emotional regulation and abnormal stress responses. These challenges have caused functional changes in her prefrontal cortex, a critical area for decision-making, thereby increasing her vulnerability to lapses in judgment and poor decision-making.

- Ms. Mendez's experience of sexual abuse during her formative years is a significant mitigating factor, particularly concerning her brain development and psychological well-being. Such trauma can profoundly impact a minor's cognitive and emotional development, potentially leading to long-term effects on decision-making, emotional regulation, and interpersonal relationships. The abuse likely disrupted her sense of safety and trust, contributing to challenges in forming a secure identity and affecting her overall mental health.

- Ms. Mendez has been a victim of intimate partner violence, which has significantly impacted her emotional and psychological well-being. This trauma has influenced her behavior and decision-making.

- Ms. Mendez has reported a history of symptoms consistent with mental illness, for which she has not received any formal treatment prior to being in custody in this matter.

## BIOPSYCHOSOCIAL HISTORY

Grei Francisca Mendez Martinez is a 37-year-old woman born in San Jose de Ocoa, Dominican Republic. She was born on September 12, 1987. She is one of three children from the consensual union of Domingo Antonio Mendez, who passed away in 2005, and Minerva Maribel Sanchez, who is 58 years old. Before his death, her father worked as a bus driver. Her mother worked odd jobs to provide for the family; she currently works as a home attendant and lives in the Bronx, New York. Mendez has two siblings: Bettina Antonia Mendez, 42, who is also a home attendant residing in New York, New York, and Jensen Antonio Mendez, approximately 40, who works as a truck driver and lives in Santo Domingo, Dominican Republic. Additionally, Mendez has three paternal half-siblings: Junior Mendez, 25, who works in duty-free sales and lives in Santo Domingo; Massiel Mendez, in her 20s, who is a homemaker in Santo Domingo; and Argelis Mendez, also in their 20s, who is a college student traveling between the United States and the Dominican Republic on a tourist visa. Mendez reports having a close relationship with her full siblings and her half-brother Junior Mendez, as her mother raised him from infancy.

In reference to her hometown, Ms. Mendez reported that she was raised in the town of Navarrete. She described her town as calm during her childhood, but as she moved through adolescence, things got worse. Several news reports have described Navarrete as struggling with

the presence of drugs[1] and drug-related violence[2]. At the age of 14, she witnessed a tragic incident where one of her neighbors killed another. The police quickly arrived, and the shooter was arrested. This was just the beginning of the violence she would witness. Later, a close friend named Pascualito was killed in a massacre at a house where seven children lost their lives. This tragic event occurred at a "punto," a local corner in her hometown known for drug sales. He was targeted because of his involvement in drug-related activities. Before these events, the presence of drugs in the community was not as pronounced, although she admitted she might not have been fully aware of it. However, these incidents marked a significant escalation in drug-related violence. She received no support from her family or community, as everyone was in shock. Over time, it seemed that the violence and drug-related activities became normalized in the community.

When reflecting on her childhood, Mendez reported being raised in the Catholic faith under challenging economic conditions. She lived with both parents and her siblings. She described the family's struggle to make ends meet. Her father inconsistently provided for the family. Her mother worked two jobs to support the family, yet it was still insufficient, often forcing her to skip meals due to a lack of food. Mendez recalled how her mother became very thin as a result. To help out, Mendez would run errands for neighbors in exchange for food.

In addition to providing limited financial support, Ms. Mendez's father was frequently unfaithful, which led to him fathering additional children within the community. He would sometimes openly walk with other women past their house, showing no concern for being seen by his family. On one occasion, he brought home her half-brother, Junior Mendez, as a baby for her mother to raise after Junior's mother abandoned him on a bus while her father was working. This

---

[1] See: https://dominicantoday.com/dr/local/2024/07/29/military-shuts-down-clandestine-liquor-operation-in-navarrete/

[2] See: https://www.latinnews.com/component/k2/item/10236-dominican-republic--fernández-shocked-by-surge-in-violent-crime%20%20.html

situation led to escalating challenges within the family, which was already strained by frequent fights due to her father's infidelity and his tendency to hit the children, particularly targeting their brother. In one particularly troubling incident, her father attempted to break Ms. Mendez's feet, accusing her of going out too much; she was only about 12 years old at the time. Fortunately, a neighbor intervened and prevented any further harm.

Overall, Ms. Mendez's experiences of witnessing domestic violence in her home left a profound impact on her. She vividly recalled instances where her mother, in acts of self-defense, would throw dishes at her father. On another occasion, her mother threatened him with a bat while demanding money. These experiences highlight the difficult and often dangerous environment she grew up in, leaving a lasting impression on her. Despite the aforementioned challenges, Ms. Mendez holds positive memories of her mother. She was loving and supportive, often buying her things and providing a sense of care and affection. However, she has no such memories of her father. She observed that he only showed affection towards her sister, Bettina, whom he favored and always treated well. Ms. Mendez reported feeling unloved by her father. At times, he even resorted to calling her derogatory names, such as 'whore.'

Ms. Mendez reported that her family dynamics continued to be challenging as she grew older. At the age of 13, her father forced her mother to leave the house, and she moved to the capital to stay with her family. Due to limited space, her mother was unable to take the children with her, which left Ms. Mendez struggling with feelings of separation and abandonment. Her mother was gone for a year, during which time they remained in their father's care. However, he only provided shelter and left money for food, leaving everyone to fend for themselves. There were no provisions for school supplies, clothing, or books, further highlighting the lack of support and care in their household. Ms. Mendez often tried to cook for her father and do extra things to

8

earn his affection and kindness, but her efforts were in vain. Her mother occasionally sent money to her children, but it was not enough to meet their needs. Eventually, her mother returned to Navarrete with her now husband, Julian Peralta. Unfortunately, the children couldn't move in with her due to limited space, but she made sure to cook for them daily. Ms. Mendez recalled helping her mother by cleaning the home and backyard so that her mother wouldn't have to do those tasks after returning from work.

Unfortunately, living in separate parental households meant that Ms. Mendez had limited supervision and was vulnerable to older men preying on younger girls, a practice she reported as common in the Dominican Republic at that time. At age 14, she met Junior Henao, a nearly 60-year-old man who was a friend of a friend's father. He often gave her attention and was kind to her. On one occasion, he invited her out, and she accepted. She recalled having one beer and then waking up nude in a room. Feeling confused, she quickly got dressed and went home. As a result of this experience, she became pregnant and, at approximately 15 years old, gave birth to her first son, Franklin Junior Mendez, who is now 22 and lives with Ms. Mendez's mother in the Bronx, New York. Ms. Mendez reported that Mr. Henao fled to the United States out of fear of being reported to the police for engaging in inappropriate activities with a minor. He was deported from the United States to the Dominican Republic, returned to the U.S., was arrested, and deported again. While incarcerated, he contracted a chronic disease and died at approximately 60 years old in 2006 without ever meeting his son.

During her pregnancy, Ms. Mendez recalled experiencing embarrassment and shame from her father and brother. She had only her mother to rely on for support. She mentioned that Franklin "had issues" as a child and was prescribed medication to help him sleep, but she could not afford it. Mr. Henao's family offered assistance only if Ms. Mendez "turned him over" to them, which

she refused to do. Consequently, Ms. Mendez's mother and her husband primarily raised Franklin, as Ms. Mendez was unable to consistently provide for him. Despite these challenges, Ms. Mendez remained as involved as possible in her son's life.

At age 17, Ms. Mendez continued to endure abuse at home, this time from her brother, who often pulled her by the hair when he disapproved of her being outside. As usual, she received no support from her father. Her brother also called her derogatory names. During this difficult period, she connected with a friend from the same community, Wendi Bissono (approx. age 28) who disapproved of the abuse she was experiencing. They began dating, and he quickly moved her out of her house. The couple started living together. Unfortunately, Wendi Bissono was murdered in Santo Domingo when Ms. Mendez was two months pregnant with their child. She returned to her mother's home and welcomed her daughter, Grisbel Mendez, who is now 20 years old.

## RELEVANT TIMELINE OF EVENTS

Ms. Mendez struggled to remember exact dates possibly due to exposure to multiple traumatic experiences.

- At age 13 (2000), her mother was forced to leave the house by her father and moved to the capital, Santo Domingo, with her family. She was unable to take the children with her, leaving them with their father, who was known to be emotionally and physically abusive. Despite having a loving relationship with her mother, this situation triggered profound feelings of abandonment. She felt as though she was left in a home where no one could protect her.

- At age 14 (2001), Ms. Mendez was the victim of sexual abuse by Mr. Henao who was approximately 60 years old. She reported that he had been attempting to groom her,

and the community was aware of his actions because he was not discreet. However, she did not recognize it as grooming at the time. This type of behavior was reportedly common, and people did not intervene. Her father reacted by repeatedly calling her derogatory names. Her mother minimized the encounter, advising her not to date him but failing to provide any education on grooming or sexual abuse or reporting the issue. The assault resulted in a pregnancy, and she reported feeling shamed for it. Her mother, who opposed abortion, encouraged her to keep the child.

- At age 15 (2002), she gave birth to her first child, and Mr. Henao fled, fearing potential legal consequences due to her mother's demands for money. Lacking financial resources to raise her child, she found herself in a challenging situation. Her mother and her mother's husband took on the primary caregiving responsibilities, which created a complex dynamic. Although they provided stability for the child, she faced difficulties reconciling her desire to fulfill her role as a mother with her inability to provide for the child. She continued to live between her mother's and father's houses due to limited space at her mother's residence.

- At age 17 (2004), she escaped the ongoing maltreatment at her father's house by moving in with her partner, Wendi, who was approximately 28 years old. Unfortunately, he was soon murdered while she was pregnant with her second child. Aware of stories about people being targeted for undisclosed reasons, and lacking money, connections, or support, she chose not to ask questions to avoid becoming a target herself. She grieved silently and returned to her mother's home.

- At age 18 (2005), her father passed away in July from a heart attack at approximately 42 years old. She and her son, Franklin, were present during the incident, which

intensified the overwhelming emotions she experienced. His death stirred a complex mix of emotions within her, rooted in their complicated and often strained relationship.

- At age 20 (2007), she gave birth to her third child, Grisleidy. Initially, her relationship with the child's father was positive, but it deteriorated due to his infidelity and incidents of intimate partner violence. During a family gathering, he hit her in front of her family. Fearing for her safety, she chose not to return to him and moved back to her mother's home. However, she faced challenges with the living conditions, as she now had three children to care for.

- At age 25 (2012), she married Juan Ventura in Santo Domingo, Dominican Republic. She recalled meeting Mr. Ventura through her sister's friend.

- At age 27 (2014), Ms. Mendez moved to the United States with her husband, Juan Ventura. Initially, their relationship was loving, but it soon devolved into episodes of intimate partner violence, which she endured until their divorce was finalized in 2017 in New York. Their marriage did not produce any children.

- At age 31 (2018), Ms. Mendez married Felix Antonio Herrera, who was 37 years old and is a co-defendant. Initially, the relationship began on a positive note, but as it progressed, he started to exhibit controlling and manipulative behavior.

- At age 36 (2023), Ms. Mendez earned her daycare license from Hispanoamericana in the Bronx, New York. This accomplishment allowed her to open Divino Niño Daycare in the Bronx. Owning her own business was a significant milestone, as it was supposed to eventually provide the financial stability that had been challenging for her to achieve until that point.

- At age 37 (2025), while incarcerated, Ms. Mendez suffered the loss of her maternal grandmother, Santa Susana Martinez Ortiz, who lived in the Dominican Republic. This

loss has been particularly difficult for her to cope with, given the physical distance, emotional strain of her circumstances, and being unable to attend her grandmother's funeral services

## EDUCATIONAL HISTORY

Ms. Mendez reported that she completed up to the sixth grade at Liceo Pedro Maria Espaillat school in Navarrete, Dominican Republic. She discontinued school after her mother left home, as her father offered neither financial support nor encouragement for her education. She then became pregnant, and as a result, the school refused to accept her back. Later, she attempted to re-enroll in another school, only to find out it was a scam, and the school did not actually exist. Ms. Mendez has tried to earn a GED at least five times but has consistently struggled with the math portion.

Ms. Mendez mentioned that she previously attended a beautician school in the Dominican Republic but had to stop due to financial constraints. She could not recall the name of the school. In the United States, she earned her home attendant certification in 2014 from New York Career Training School in Far Rockaway, New York. In 2023, she reportedly obtained her daycare license from Hispanoamericana in the Bronx, New York, which was issued by New York State.

Based on the present investigative reports, a BOP Sentry report dated October 29, 2024, indicates that Ms. Mendez has completed several programs, including yoga/stress reduction, origami, crochet, card making, basic fitness, and GED math and language arts. The report also notes that Ms. Mendez serves as a unit orderly. She works in the laundry room and is currently learning how to crochet.

## EMPLOYMENT HISTORY AND OPENING OF DAYCARE CENTER

Ms. Mendez began her work life at an early age, demonstrating a strong sense of responsibility and entrepreneurial spirit. At just eight years old, she accompanied her mother to her job at a coffee shop, where she assisted by cleaning tables and collecting garbage in the mornings. Unlike her siblings, who stayed at home, Ms. Mendez felt compelled to support her mother. She also took on additional tasks, such as running errands in exchange for goods. As she grew older, she expanded her efforts by selling clothing and working at a tobacco company, even while pregnant. By the age of 17, she had diversified her work experience by engaging in cleaning services and various entrepreneurial ventures, including organizing raffles and opening a coffee shop.

After relocating to the United States, Ms. Mendez worked night shifts at Los Balbuena Restaurant in the Bronx, New York, as a server/waitress for a nine-month period in 2014. She reportedly earned $120 per week plus tips. She took this job to save enough money to pay for a $700 Home Health Aide (HHA) certification course, which she successfully completed in 2014. Upon achieving her goal, she resigned from her position at the restaurant. Despite obtaining her certification, she found that work opportunities in the field were inconsistent. In 2016, Ms. Mendez accepted a job for a brief three-day period at a restaurant near E. 149th Street in the Bronx, New York. She left the job after three days because she did not enjoy it, earning $60 for her work.

In 2017, she worked as a home attendant for seven months, earning $600 bi-weekly while caring for a "Cuban" woman. She left this position due to interpersonal issues with the client. Additionally, in the same year, Ms. Mendez worked 24/7 as a home attendant for a bedridden client over a few months, earning $800 bi-weekly. During this time, her mother cared for her children. She ultimately resigned from this position because the client's disability necessitated continuous

attention, which left her with minimal opportunity for rest. She is unable to recall the name of any of the agencies associated with these positions.

In 2018, she briefly worked at a daycare for two weekends but decided to quit because the pay, which was $150 per weekend, was insufficient to cover her bills. Unfortunately, she does not recall the specific details of the daycare. Following that, she worked for several months from 2018 to 2019 at a daycare located near E. 205th Street in the Bronx, New York. Her initial earnings were $250 per week, which were later increased to $300 per week. Unfortunately, she cannot recall the name of the daycare.

From 2019 to 2022, she was employed as a home health aide in the Bronx, New York, through Fire Star Home Health Care Agency in Brooklyn, New York. During this time, she was assigned to a single client who was blind and worked Mondays to Saturdays from 9 a.m. to 4 p.m. She left this position in 2022 following the death of her brother-in-law and her husband's subsequent depression, which required her attention and care.

Driven by her entrepreneurial spirit, Ms. Mendez decided to start her own business. In 2023, she received her certificate in daycare from Hispanoamericana Educadores de Infantiles in the Bronx, New York, and then was applied and was issued a formal license by the State of New York, and opened a daycare center[3]. While starting the daycare center, El Divino Nino Daycare Corporation, was a dream come true, she faced challenges in attracting clients. To overcome this, she joined a program through the Kingsbridge Heights Community Center (KHCC), which acted as a referral network to connect her daycare with potential clients. She attended an orientation workshop for the children's network in August 2023. Initially, she did not receive any clients and was advised by a supervisor to wait three months. Eventually, she began receiving clients and

---

[3] https://hispanoamericanaedu.wixsite.com/heinyc/contact-us

actively participated in the KHCC program from June to September 2023. Ms. Mendez independently managed and operated her daycare until her arrest.

## LEGAL HISTORY

The pending matter constitutes Ms. Mendez first contact with the criminal justice system.

## ALCOHOL AND SUBSTANCE USE HISTORY

Ms. Mendez denied any use of illicit substances or problematic alcohol consumption. She reported first trying alcohol with a neighbor around the age of 11. According to Ms. Mendez, her husband and brother-in-law introduced her to drinking rum during her adolescence. She would typically consume alcohol on weekends, as she was consistently occupied with work during the weekdays.

## FAMILY HISTORY

Ms. Mendez is the mother of four children: Franklin Junior Mendez, 22 years old; Grisbel Mendez, 20 years old; Grisleidy Tatis Mendez, 17 years old; and Frelick Herrera Mendez, 3 years old. Her children are currently living with her mother at Ms. Mendez's previous residence on 2705 Morris Avenue, Bronx, NY.

Ms. Mendez described her past relationships as marked by emotional and physical abuse. Her first son, Franklin, was born in 2015 following an incident of sexual abuse involving Junior Henao. Franklin also witnessed his grandfather's passing, which has contributed to his struggles with anxiety, although he has not received a formal diagnosis. He relocated to the U.S. in 2017 but struggled to adjust and was bullied at school, leading him to return to the Dominican Republic

after a few months. He came back to the U.S. in 2021 with his grandmother but was unable to complete high school. Currently, he works as an Uber driver and a mechanic.

Her second child, Grisbel, was born from a loving relationship with Wendi Bissono, who sought to help Ms. Mendez escape an abusive home environment. Tragically, Wendi was murdered when Ms. Mendez was two months pregnant. Grisbel is now 20 years old and pursuing her education at John Jay College. She has been struggling with her mother's incarceration.

Her third child, Grisleidy Tatis Mendez, aged 17, was born from a relationship with Darryl Tatis. She met him when she 18 years old. Initially, the relationship was loving, and Darryl was a supportive stepfather to Ms. Mendez's other children. However, over time, the relationship deteriorated. He struggled with finding and keeping jobs, which led to frequent relocations. He also became increasingly unfaithful, physically abusive, and controlling. On one occasion, he accused Ms. Mendez of infidelity and hit her in front of her mother. Unable to endure the relationship any longer, Ms. Mendez left shortly after Grisleidy was born. Although they attempted to rebuild their relationship later, it was unsuccessful. After the relationship ended, he stopped providing for his daughter. Grisleidy is currently in her first year at City College of New York, where she is pursuing a major in Psychology and a minor in Economics. She is performing well academically but is also struggling with anxiety, for which she sees a psychotherapist once a week. Her clinical symptoms have intensified since her mother's incarceration, which led to her temporary placement in foster care under the Administration for Children's Services (ACS) for two weeks until custody was granted to her maternal family.

In 2010, Ms. Mendez met Juan Ventura in Santo Domingo while he was visiting from the United States. The two developed a friendship, and he began courting her, asking her to be his girlfriend within six months. Their relationship was primarily long-distance, maintained through

phone calls, with Juan visiting every six months, sometimes up to three times a year. He supported her financially by helping with housing costs and assisting her in opening a coffee shop. The couple married in 2012, and Ms. Mendez moved to the U.S. in 2014 with the expectation of building a family together. Her children remained in the Dominican Republic with her mother while they settled.

Unfortunately, upon her arrival, Ms. Mendez was subjected to intimate partner violence. Juan would lock her in the house, prohibiting her from leaving or making phone calls until his return. He was emotionally abusive, often intimidating her, pushing her, and once throwing a bucket at her. His abuse was verbal, physical, and psychological. She recounted instances where she would prepare meals for him, only for him to come home late and throw the food into the garbage. She described Mr. Ventura as "nasty," recalling an incident during a snowstorm when he threw her out of their home. Following this, she managed to rent a room near Kingsbridge Terrace in the Bronx, New York.

Ms. Mendez added that she felt a profound sense of fear and isolation, being in a new country without knowing anyone, lacking language skills, and having limited access to resources. Juan exacerbated these feelings by using the process of bringing her children to the U.S. as a tool for intimidation. Whenever he was upset, he would express reluctance to have the children join them, leveraging this uncertainty to exert control over her. She was afraid to contact local authorities due to fear of retaliation. When her children were ready to come to the U.S., Juan "kicked her out of the house." Their divorce was finalized in 2017. Their union did not produce any children. Mr. Ventura, aged 39, is employed at the Westchester County Social Services Department and resides in the Bronx, New York.

In 2016, while working at a restaurant, Ms. Mendez met Felix Antonio Herrera, and they developed a supportive friendship. Following her separation from Mr. Ventura, Mr. Herrera assisted her as a friend in securing stable housing for herself and her children. Their relationship deepened, and in 2018, she married Felix Antonio Herrera, who was 37 years old at the time and is now a co-defendant in her case. Initially, the relationship began on a positive note, but as it progressed, Ms. Mendez started to notice signs of controlling behavior from Felix Antonio Herrera. She initially believed he was working in construction, but she began to question this due to his odd work hours. Despite her struggles with the relationship, she was hesitant to leave him, especially after having four children, as she did not want to give up on the relationship. Over time, his controlling behavior worsened; he insisted on being involved in all aspects of her life, to the point where Ms. Mendez couldn't even go shopping without him. She also noticed he was struggling with increased alcohol use which often exacerbated his irritable mood. His control extended to every aspect of her life—if she planned a trip to the Dominican Republic for 15 days, he would change it to just one week, citing errands as the reason. He even dictated her social interactions, insisting she spend time with his mother in DR, despite her unfamiliarity with the area. He often resorted to manipulative tactics when she resisted his control. His attempts to dominate extended to her children's lives, creating significant family challenges. Despite these issues, he encouraged and pushed her to open a daycare, which she initially perceived as a positive step, believing he was acting in her best interest. However, even when she expressed a desire to close the daycare, he would become upset and insist that she continue running it, citing his substantial investment as a reason she couldn't quit.

Their union resulted in the birth of one child, Frelick Herrera Mendez, who is now three years old. Frelick is experiencing delayed speech and regularly meets with a psychologist. Ms. Mendez reported that her son has been diagnosed with anxiety. His clinical symptoms have intensified following his mother's incarceration and the subsequent temporary foster care

placement by the Administration for Children's Services (ACS) for two weeks, until custody was granted to his maternal family.

## PHYSICAL HEALTH HISTORY

Ms. Mendez reported that she was hospitalized after a physical assault by Juan Ventura but has difficulty recalling details. She is diagnosed with diabetes, high cholesterol, hypertension, an enlarged heart, and a fibroma. To manage these conditions, she is currently taking several medications: Metformin 1000 mg and Empagliflozin 25 mg for diabetes management; Senna for constipation relief; Atorvastatin 10 mg to lower high cholesterol levels; Famotidine 20 mg for stomach-related issues; Acetaminophen 325 mg as a pain reliever and fever reducer; and Ferrous Gluconate as an iron supplement. No other medical conditions were disclosed.

## PAST AND PRESENT MENTAL HEALTH HISTORY

Ms. Mendez reported no formal history of mental health diagnosis or treatment. However, she has struggled with anxiety, fear of failure, poor judgment, cognitive distortions, passive suicidal ideation, and poor decision-making throughout her life. She did not receive mental health services as a child due to her parents' lack of awareness of mental health challenges and limited finances. Her traumatic experiences, including sexual trauma, emotional neglect, psychological abuse, and lack of support, have profoundly affected her development and behavior. These experiences disrupted her sense of self, specifically, self-worth, and impaired her cognitive abilities, including global reasoning, decision-making, emotional regulation, and consequential thinking.

As a coping mechanism, she developed a pattern of isolation and self-harming behaviors to manage stress and alleviate mental health symptoms. These traumatic experiences have significantly impacted her ability to develop a secure identity, contributing to an insecure attachment style. Disruptions in emotional development, a critical aspect of childhood, can lead to significant negative consequences, including the onset of psychopathology. [4] In addition, sexual trauma can result in a wide array of psychological and emotional challenges, including feelings of worthlessness, self-blame, low self-esteem, and an increased risk of suicidal thoughts and behaviors. Ms. Mendez struggled to understand the nature of her experiences, internalizing the shame and guilt projected onto her by her father and brother which further exacerbated her clinical symptoms.

As an adult, Ms. Mendez's experiences with intimate partner violence have further intensified the psychological and emotional challenges she faced. These experiences have not only reinforced feelings of worthlessness and self-blame but have also exacerbated her low self-esteem. The trauma from intimate partner violence has intensified her struggles with anxiety, depression, and fear, making it difficult for her to trust others and form healthy relationships. Additionally, the violence has contributed to a pervasive sense of vulnerability and insecurity, further complicating her journey toward healing and self-empowerment. She reported attending therapy for a brief period; however, she had to discontinue the sessions due to limited finances. She does not recall the name of the agency in the Bronx where she received these services.

Since her arrest, Ms. Mendez has experienced increased symptoms of depression and anxiety. She currently feels hopeless, overwhelmed, and deeply depressed, and she has struggled with passive suicidal ideation. She reported that she was formally diagnosed with depression and

---

[4] Mcclure, K. S., Halpern, J., Wolper, P. A., & Donahue, J. (2009). Ibid.

anxiety during her time at the Metropolitan Detention Center (MDC), a diagnosis that was corroborated by the Pre-Sentence Investigation (PSI) report. She has been meeting with a psychologist once a month for medication management. She is currently taking Sertraline HCl 50 mg.

## MENTAL HEALTH TESTING AND ASSESSMENTS

During the clinical interviews, Ms. Mendez appeared visibly sad and overwhelmed, and she struggled to recall events, specifically traumatic ones, accurately. She exhibited poor eye contact and an anxious mood. She was alert and oriented to person, place, and time. She engaged in a normal tone, rate, and volume consistently throughout the interview. Her thought content was adequate to context. However, her thought process was perceived as somewhat tangential and needed redirection at times. She expressed struggles with interrupted sleep, worry, and difficulty concentrating. She experiences passive suicidal ideation at times with no plan or intent. She experienced crying spells throughout the interviews. There is no evidence of a thought disorder, and she denied high-risk symptoms including homicidality and suicidality at the time of the assessment.

Ms. Mendez completed the DSM-5 Self-Rated Level 1 Cross-Cutting Symptom Measure (Adult) which is a self- or informant-rated measure that assesses mental health domains that are important across psychiatric diagnosis. It is intended to help identify additional areas of inquiry that may have a significant impact on the individual's treatment and prognosis.

Ms. Mendez is experiencing significant symptoms of depression and anxiety, which are impacting her daily life. Her depression is severe, affecting her most days. She shows signs of diminished interest or enjoyment in various activities and a lack of motivation. She consistently

communicates enduring feelings of sadness and a pervasive sense of being burdened by hopelessness, particularly concerning her future. Her anxiety is severe, manifesting every day, as she is constantly anxious and worried about what lies ahead. Additionally, she faces moderate sleep difficulties more than half the days, affecting her overall sleep quality. She struggles with moderate repetitive thoughts and behaviors more than half the days, dealing with intrusive and distressing thoughts that lead to cycles of worry and overthinking. She also experiences passive suicide ideation. Based on her presentation, the results of her assessments, and the length and severity of her symptoms, it is confirmed that Ms. Mendez meets the diagnostic criteria for Major Depressive Disorder (MDD) and Generalized Anxiety Disorder (GAD).

Ms. Mendez has a history of significant untreated trauma, including experiences of intimate partner violence, which has contributed to the development of her mental health issues. These struggles have impaired her insight and judgment, leading to overall inattention, and poor decision-making. Her mental health challenges have exacerbated negative behaviors, resulting in actions that often lack consideration for long-term consequences. Research suggests that addressing her mental health problems and criminogenic risk factors together will enhance prevention of criminal recidivism.[5]

## COLLATERAL INTERVIEWS

### Maribel Sanchez (mother)

A home visit was conducted with Ms. Sanchez at 2705 Morris Avenue, Bronx, NY. Ms. Sanchez was born in San Jose de Cocoa, Dominican Republic, and immigrated to the United States

---

[5] Lamberti, J, (2020). Preventing Criminal Recidivism Through Mental Health – Criminal Justice Collaboration. Psychiatr Serv. 2016 Nov 1; 67(11): 1206–1212.

in 2020, obtaining her residence card in 2021. Grei was already residing in the Bronx at that time. She is currently married to Julian Antonio Peralta, who is 72 years old.

Ms. Sanchez reported that Grei Mendez was born healthy at full term, weighing 7½ pounds. As a child, she experienced a seizure accompanied by a fever and was diagnosed with epilepsy, although she never had another seizure afterward and remained healthy from that point on. The family resided in a modestly sized house with electricity and water, but they occasionally experienced food shortages. Although her father occasionally provided money for food, there were times when the family had nothing but bread to eat. Ms. Sanchez's mother recounted a desperate incident where she damaged her husband's car with a bat to force him to give her money, as he often squandered it on other women. Unfortunately, this meant that Ms. Mendez witnessed numerous verbal and physical altercations between her parents, with her mother describing her father as a "womanizer" who frequently disappeared for extended periods. On one such occasion, he was absent for an entire year, which ultimately led to her parents' separation. Following their separation, Ms. Mendez remained with her father.

In reference to her education, Ms. Sanchez shared that her daughter began her education at the age of 7, which was customary at the time, attending a local school in her neighborhood. She performed well academically and was never held back a grade, with her mother accompanying her to and from school each day to ensure her safety. After her parents separated when she was about 13 years old. She continued her schooling until the age of 14, when she became pregnant and was subsequently not allowed to return to school. During this period, Ms. Mendez began working. After her father's passing, Ms. Mendez went to live with her mother. She reported that both she and her son, Franklin, witnessed her father suffering a heart attack, an event that was profoundly traumatic for them.

Regarding Ms. Mendez's relationships, Ms. Sanchez recalled the time when Ms. Mendez met Juan Ventura during his visit to the Dominican Republic. They fell in love, and he arranged for her to move to the United States, while her children stayed with her mother. However, upon relocating, Ms. Mendez experienced physical and emotional abuse at the hands of Juan. Initially, she did not disclose the abuse, but as the situation worsened, she confided in her mother. Her mother was deeply hurt by her daughter's suffering but felt unsure of how to help, other than encouraging her to try and work things out. It wasn't until the situation became dire that her husband suggested filing police reports, though they were concerned about her future in a new country without support.

After her separation from Mr. Ventura, Ms. Mendez started a relationship with Mr. Felix Herrera. She shared that her daughter was determined to achieve financial independence within her relationship, aiming to provide a stable and secure environment for her children. This drive for self-sufficiency was a key priority for her, reflecting her commitment to ensuring her family's well-being and future stability. She recalled that her daughter contributed significantly to the rent for their apartment. Ms. Mendez was on public assistance and worked cleaning homes and at the daycare. Additionally, she took loans to help cover their expenses, making efforts to maintain her independence. Her mother provided assistance whenever possible. Ms. Sanchez recalled her daughter attempting to end her relationship with Felix due to his controlling behavior, although she was unaware of the full extent of the abuse her daughter endured.

As a mother, she described Ms. Mendez as very loving and hardworking. Despite facing significant adversity throughout her life, Ms. Mendez has been committed to ensure her children do not endure the same hardships. She places a strong emphasis on education, encouraging all her

children to pursue academic success. This commitment is evident, as two of her daughters are currently in college, highlighting the importance she places on education.

Ms. Sanchez is deeply concerned about her daughter's potential long-term incarceration and the impact it would have on her children. She is also worried about the possibility of deportation. However, she has discussed plans with her daughter to continue working and providing for her family from the Dominican Republic, should deportation occur. Ms. Mendez would reside in a house left to them by their father, which is currently rented out. She plans to open a clothing store, with her mother's support, who expressed, "we can send her clothing she can sell in the store." Unfortunately, her children, with the exception of her youngest, would remain in the U.S. to minimize further disruptions to their lives and maintain a sense of stability.

### Grisbel Mendez (daughter)

Grisbel, a 20-year-old, works part-time at a local supermarket while attending school. She is currently a third-year college student at John Jay College, majoring in Criminal Justice with a minor in Law. She has always had a passion for education and aspires to become a lawyer.

Grisbel recalls her childhood with her mother, filled with positive and loving memories. She remembers her mother as a dedicated provider, always working hard to support the family by selling clothes and perfumes and even working in a factory for a short period. When her mother moved to the U.S., Grisbel stayed with her grandmother and later relocated to the U.S. herself at around the age of 12.

Grisbel reported that her mother consistently made efforts to shield her children from negative experiences. As Grisbel matured, she began to grasp the full extent of her mother's protective actions. Her mother had been a victim of intimate partner violence, a reality that Grisbel

found distressing. She was particularly saddened to learn about the mistreatment her mother endured at the hands of Juan Ventura, including an incident where he cruelly forced her out into the snow during extremely cold weather. Grisbel remains uncertain about the extent of any injuries her mother may have suffered or whether there were any hospitalizations, as her mother often tried to conceal these painful experiences from her children.

Regarding her mother's most recent relationship with Felix Herrera, Grisbel reported feeling uncomfortable living with him. She felt that he was overly involved in her personal affairs, often instructing her mother not to let her go out. Felix frequently attempted to eavesdrop on their conversations, which added to her discomfort. Although her mother and Felix tried to avoid arguing in front of her, Grisbel noticed frequent disagreements over seemingly minor issues. On one occasion, Felix became upset because her mother had a friend, another woman, over at the house. He disapproved of the friendship and, as a result, did not speak to her mother for two days. Grisbel recalled her mother's frequent arguments with Felix regarding the daycare. Initially, her mother was content working as a home attendant and was enthusiastic about expanding and decorating the daycare. However, despite opening to the public, it took about four to five months before she received her license and began enrolling children. Although she was pleased to have children in the daycare, she soon realized the workload was overwhelming and the hours were insufficient. She expressed a desire to close the daycare, but Felix was adamantly opposed, leading to ongoing disagreements. Felix's persistent need to control decisions became a significant source of tension in their relationship. Ms. Mendez often deferred to his opinions, as he would become upset if she made decisions without his input. He insisted on being involved in every aspect of their lives, even accompanying her on routine tasks like grocery shopping. At times, Ms. Mendez confided in Grisbel about her desire to end the relationship, but she hesitated, not wanting to

subject her children to yet another "failed relationship." She often expressed feeling trapped, saying she had "too many kids to leave him," highlighting the complexity of her situation and her concern for her family's stability.

The ongoing issues and controlling behavior exhibited by Felix led Grisbel to move out of her mother's house in 2023. However, following her mother's incarceration in 2024, Grisbel returned to the household to provide support and stability during a challenging time.

*Bettina Mendez (sister)*

Bettina Mendez, aged 42, currently resides at 980 Columbus Avenue, Apartment 3C, in Manhattan. She relocated from New Jersey a month ago, where she was working as a Home Health Aide (HHA). Bettina is currently waiting to complete her HHA certification in New York to resume working.

Bettina echoed her sister and mother's sentiments regarding their father's abusive behavior and the negative experiences they shared. She acknowledged her mother's tireless efforts to provide for the family, despite the persistent challenges. Bettina also noted her father's favoritism towards her, which caused pain and resentment among her siblings.

Regarding her sister's experiences, Bettina is aware of the sexual abuse Ms. Mendez suffered at the hands of Junior Henao. She expressed sadness that such predatory behavior by older men towards young girls in their community was, unfortunately, common and often went unpunished. Bettina also witnessed instances of intimate partner violence against her sister, particularly from Juan Ventura. She described Juan's controlling behavior, such as locking Ms. Mendez in the house without food or contact with others until his return, as psychologically traumatizing. Bettina recalled her sister's initial reluctance to disclose the abuse, urging her to

endure it for the sake of her children. The family encouraged her to persevere, hoping for improvement. Unfortunately, the situation deteriorated further. Bettina recounted several incidents where Juan physically abused her sister. Despite her stepfather's intention to document the incidents with photos for a potential police report, they ultimately decided against filing one.

By the time her sister's children arrived in the U.S., Ms. Mendez was living with Felix Herrera. Bettina observed that the dynamics with Felix were different. While he appeared to have good days and bad days, she soon realized that he was controlling. He restricted her sister's ability to visit Bettina, which became evident when her sister would express excitement about visiting but ultimately never show up. Although her sister never explicitly stated it, the pattern suggested Felix's influence over her movements and decisions. Her sister did not leave the house without his approval. At one point, her sister confided that she desperately wanted to leave the relationship. Despite Felix's claim that they both contributed equally to the rent, she felt trapped and expressed a strong desire to break free from the situation. Her difficulties to leave highlight the emotional and financial complexities she faced in her relationship. In 2020, her sister's desire to leave intensified, but she felt constrained by financial limitations. Her earnings were insufficient to support herself independently, which made her feel compelled to stay in the relationship despite her strong wish to leave.

As a mother, Bettina described her sister as amazing, always prioritizing the well-being of her children. Her sister maintained a close watch over them, ensuring they never went out without her permission. She consistently prioritizes being available for her children, maintaining a strong presence in their lives despite her incarceration. Even while in custody, she makes regular contact with them, staying informed about their challenges and offering as much support as possible. Her

commitment to their well-being remains unwavering, as she strives to provide guidance and reassurance from afar.

## ASSESSMENT OF CHARACTER

Character letters and interviews offered a detailed view of Ms. Mendez's character. Despite her history of traumatic experiences, she was consistently described as a loving and happy child who always tried to help others. She became a mother at a young age and embraced her responsibilities to the best of her abilities. All her children shared positive memories of her and spoke of how hard she worked to provide for them.

Ms. Mendez's family and friends unanimously praised her strong work ethic and dedication to her children and community. Her stepfather noted that he has witnessed her "fighting tirelessly to support them." Neighbors also observed her love for her children and her continuous hard work. Additionally, she is highly respected in the community for her willingness to help others and her efforts to support people in the Dominican Republic. Her mother described her as exceptionally generous, noting how she collected bottles to raise funds to send money back home, exemplifying her selflessness and care for others. Even while incarcerated, she continues to demonstrate her giving nature by purchasing yarn to knit socks for fellow inmates. Her mother proudly displayed some of the socks Ms. Mendez had made and sent to her, showcasing her daughter's enduring spirit of kindness and compassion.

Following her recent incarceration, her family has observed a significant change in her demeanor. She was overwhelmed by the situation and felt deeply hurt and concerned for the children and their families involved in the instant offense. Additionally, her own family reported that her children experienced considerable distress, feeling bullied by others due to the media

coverage of the case. Ms. Mendez herself was threatened while in detention at MDC, where reportedly received death threats, therefore was placed in the Segregated Housing Unit (SHU) for two months pending an investigation. While in the SHU Ms. Mendez reported that she went through periods of depression and anxiety.

## ADJUSTMENT TO INCARCERATION

Ms, Mendez has been incarcerated for approximately 18 months and during this time has not incurred any incident reports. She on the contrary has established a great amount recognition from the staff, including Ms. Stephen Espinet, a correctional counselor, who prepared a letter, which is attached. The letter specifically states that Ms. Mendez' work as a institution laundry orderly at the facility is "outstanding with minimal supervision". She has also "shown commitment in utilizing her incarceration for a positive outlook in life". A Work Performance Rating report states that Ms. Mendez has "an above average interest in job" and "usually prompt and dependable". Reverend Ngozi Osuji, a Chaplain at the facility prepared a lengthy letter, which states that Ms. Mendez "helps other inmates" in pastoral services, also "takin the initiative to set up Mass", "helping to assign liturgical roles to other inmates to read, distribute the fliers of worship, and tidy up the chapel after worship". Ms. Mendez is characterized as "level headed" and "selfless and loyal".

While in detention, Ms. Mendez has also worked tirelessly to obtain various academic degrees, specifically her General Equivalency Diploma (GED) and multiple other certificates which include courses that are "English as a Second Language", parenting programs like "To Parent or Not to Parent", "The National Parenting Program, also courses dealing with women's

issues, "Violence Against Women Act", "Women in the 21st Century Workplace", as well as self-care courses, that included "Stress Management Course" and "Essentials for Women".

## CLINICAL CONCLUSIONS

Ms. Mendez, a 37-year-old woman, has endured significant traumatic experiences that have not been adequately addressed. From birth until the age of 18, she suffered emotional and physical abuse from her father and had limited parental supervision. During this period, she also experienced sexual abuse by an older man, which resulted in pregnancy. This incident was not reported to authorities, and she received minimal support from her family, who judged her and blamed her for the assault. Only her mother offered some support, but frequent victim-blaming questions and comments from others intensified her emotional distress.

Childhood sexual abuse impairs the development of the hippocampus, which is crucial for learning and memory consolidation; disrupts functioning of the prefrontal cortex inhibitory activity, which is essential for behavior regulation; and increases activity of amygdala-related circuitry, which is involved in rapid emotion responses.[6] Alterations in the central nervous system, as a result of abuse and other childhood experiences, lead to deficits in emotion regulation.[7] Ms. Mendez's experiences have led to notable changes in her brain structure and function, negatively impacting her decision-making, problem-solving skills, impulsivity, and judgment. Her struggles with insecure attachment styles from caregivers have made it challenging for her to establish healthy relationships.

---

[6] Sugaya, L., Hasin, D.S., Olfson, M., Lin, K.H., Grant, B.F. & Blanco, C. (2012). Child physical abuse and adult mental health: A national study. *Journal of Traumatic Stress,* 25, 284-392.

[7] Ibid.

The absence of adequate support and positive coping tools left Ms. Mendez vulnerable to adopting unhealthy coping mechanisms. Her body's stress response was already compromised, leading to physiological symptoms such as shutting down, isolating herself, and internalizing negative thought patterns, which further impaired her ability to regulate her emotions. Additionally, exposure to intimate partner violence in various relationships has caused physical, emotional, and psychological harm. This violence has contributed to her ongoing trauma, affecting her mental health, self-esteem, and ability to form healthy relationships. The impact of this abuse is evident in her increased anxiety, depression, and difficulties with trust and emotional security.

Based on our clinical experience and work with the offender population, we conclude that Ms. Mendez is experiencing the long-lasting effects of consistent trauma that began in childhood and continued into adulthood. These include developmental disruptions, witnessing domestic violence at home, significant loss, intimate partner violence, sexual trauma, and financial stress. Her experiences have directly influenced her social and emotional development which has led to alterations in brain structure and function, negatively impacting decision-making and problem-solving skills, and judgment when faced with increased and situational stressors. These factors have contributed to her low self-esteem, increased anxiety, and persistent feelings of depression.

## RELEVANT RESEARCH SUPPORTING CLINICAL CONCLUSIONS

### *Trauma, and adversity*

Children raised in high-stress environments often develop abnormally and exhibit problem behaviors that are destructive to themselves and others.[8] Many studies have emphasized how

---

[8] Berens, A.E., Jensen, S.K.G. & Nelson, C.A. (2017). Biological embedding of childhood adversity: from physiological mechanisms to clinical implications. *BMC Medicine, 15,* 135-147.

leaving youth to manage trauma alone can lead to fostering feelings of hopelessness due to the diminished presence of protective resources that can buffer against exposure to violence and stressful events[9]. Ms. Mendez's home became a source of trauma due to her father's emotional and physical abuse, as well as her frequent exposure to domestic violence between her parents. This environment contributed to her abnormal development and the emergence of problematic behaviors. Extensive childhood adversity is linked to impairments in executive functioning, social functioning, reward processing, and stress regulation.[10] This is evident in Ms. Mendez's developmental history and symptom presentation, which highlight a strong tendency to withdraw and isolate herself, often keeping her feelings and emotions internalized. Early traumatic environments can create an overproduction of stress-related hormones associated with hyperarousal, which then hinders the growth and connection of neurons.[11] These neurological changes have lifelong consequences related to emotional management, social attachment, and cognitive processing,[12] as seen in the case of Ms. Mendez, where her traumatic experiences have significantly impacted her ability to regulate emotions, form healthy relationships, and process information effectively.

### Domestic violence

Research indicates that witnessing domestic violence during childhood can have long-term effects on individuals, increasing their risk of experiencing or perpetrating intimate partner violence in adulthood. Children who grow up in homes with domestic violence often develop

---

[9] Zyromski, B. (2007). African American and Latino Youth and Post-Traumatic Stress Syndrome. May 2007Journal of School Violence 6(1):121-137.

[10] Berens, A.E., Jensen, S.K.G. & Nelson, C.A. (2017). Ibid.

[11] Levenson, J. & Grady, M. (2015). Childhood adversity, substance abuse and violence: Implications for trauma-informed social work practice. *Journal of Social Work Practice in the Addictions, 16, 24-45.*

[12] Levenson, J. & Grady, M. (2015). Ibid.

maladaptive coping mechanisms and may struggle with emotional regulation, which can make them more susceptible to entering abusive relationships themselves.[13] Additionally, exposure to such environments can normalize violence as a conflict resolution strategy, further perpetuating the cycle of abuse.[14] In Ms. Mendez's case, her exposure to domestic violence at home likely contributed to her vulnerability to intimate partner violence in her adult relationships. The lack of positive role models for healthy relationship dynamics may have impaired her ability to recognize and establish boundaries, making her more susceptible to victimization.

Experiencing intimate partner violence (IPV) can have profound and lasting effects on an individual's mental and physical health. For Ms. Mendez, these experiences likely led to various psychological challenges, such as increased anxiety, depression, and struggles with trust and emotional stability. Research shows that victims of IPV often suffer from post-traumatic stress disorder (PTSD), depression, and anxiety disorders, which can severely impact their quality of life and ability to form healthy relationships.[15] In Ms. Mendez's case, the cumulative effect of IPV likely intensified her existing vulnerabilities, stemming from her childhood experiences, and contributed to her ongoing struggles with mental health and relationship dynamics.

## COLLATERAL CONSEQUENCES

Ms. Mendez is held in high esteem by her family and friends for her dedication to her children. The potential repercussions of her incarceration are daunting, with the risk of significant

---

[13] Kitzmann KM, Gaylord NK, Holt AR, Kenny ED. Child witnesses to domestic violence: a meta-analytic review. J Consult Clin Psychol. 2003 Apr;71(2):339-52. doi: 10.1037/0022-006x.71.2.339. PMID: 12699028.

[14] Roberts AL, McLaughlin KA, Conron KJ, Koenen KC. Adulthood stressors, history of childhood adversity, and risk of perpetration of intimate partner violence. Am J Prev Med. 2011 Feb;40(2):128-38. doi: 10.1016/j.amepre.2010.10.016. PMID: 21238860; PMCID: PMC3023909.

[15] Campbell JC. Health consequences of intimate partner violence. Lancet. 2002 Apr 13;359(9314):1331-6. doi: 10.1016/S0140-6736(02)08336-8. PMID: 11965295.

mental instability and potentially life-altering consequences for her and her four children. She has expressed concern that, without her support, their children may encounter significant challenges, particularly her youngest, Frelick, who is already experiencing developmental delays. Research indicates that parental involvement is crucial for children with developmental delays, as it can significantly impact their progress and ability to overcome challenges (Guralnick, 2011). The absence of a primary caregiver can exacerbate these delays, leading to further difficulties in cognitive, social, and emotional development.[16] Research on child development has established that paternal involvement is a crucial predictor of children's psychosocial well-being. From infancy, the quality of attachment between a parent and child shapes emotional development and promotes healthy family dynamics throughout their lives.[17] Healthy emotional development is a crucial aspect of childhood that extends throughout one's life. Any disruption in the development of effective emotion regulation can have harmful consequences, such as psychopathology.

Additionally, the stigma and social consequences of having an incarcerated parent can lead to social isolation and strained peer relationships. This has been observed in Ms. Mendez's case, where her children experienced bullying due to the publicity of her legal situation on social media.

None of the children's fathers are involved in their lives, leaving them reliant solely on their mother for support. The lack of paternal involvement, coupled with the potential consequences of their mother's incarceration and possible deportation, can significantly impact the children's well-being. This situation may lead to emotional, behavioral, and developmental challenges, as the children face the loss of their primary caregiver and the stability she provides. Research shows that children with incarcerated parents often face emotional, behavioral, and academic challenges due

---

[16] Guralnick MJ. Why Early Intervention Works: A Systems Perspective. Infants Young Child. 2011 Jan 1;24(1):6-28. doi: 10.1097/IYC.0b013e3182002cfe. PMID: 21532932; PMCID: PMC3083071.

[17] Santisteban, D., Mena, M. & Abalo C. (2012). Bridging Diversity and Family Systems.

36

to the disruption of parental support and stability.[18] The potential deportation of a parent can further exacerbate these issues, leading to increased anxiety, fear of separation, and uncertainty about the future.[19]

In addition, the potential consequences of incarceration may debilitate Ms. Mendez's mental health. Research shows that the psychological consequences of incarceration can significantly impede post-prison adjustment, including the interference with the transition and reintegration from prison to society and to employment settings, and the ability to resume participation within her family. The range of effects includes the sometimes subtle but nonetheless broad-based and potentially disabling effects of institutionalization, which may include the persistent effects of untreated or exacerbated physical or mental illnesses that were improperly addressed or other pathological consequences of confinement.[20]

## RECOMMENDATION

Based on the various mitigating factors related to a biopsychosocial history and clinical assessment of Ms. Mendez, we respectfully request the Court consider the detailed mitigating factors presented in this memorandum when evaluating the defendant's history and characteristics. Furthermore, we request that the Court allow Ms. Mendez to enroll in mental health services while in the custody of Bureau of Prisons. She should initiate regular sessions with a licensed mental health professional specializing in trauma. Cognitive Behavioral Therapy (CBT) or Eye Movement Desensitization and Reprocessing (EMDR) may be particularly beneficial.

---

[18] Murray, J., Farrington, D. P., & Sekol, I. (2012). Children's antisocial behavior, mental health, drug use, and educational performance after parental incarceration: A systematic review and meta-analysis.Psychological Bulletin, 138(2), 175–210. https://doi.org/10.1037/a0026407

[19] Dreby, J. (2012). The burden of deportation on children in Mexican immigrant families. Journal of Marriage and Family, 74(4), 829–845. https://doi.org/10.1111/j.1741-3737.2012.00989.x

[20] Haney, C. (2001). The Psychological Impact of Incarceration: Implications for Post-Prison Adjustment. University of California, Santa Cruz.

During the clinical interviews, Ms. Mendez expressed feelings of shame and disappointment in herself and her actions. Reverend Ngozi Osuji, a chaplain at MDC speaks of "Ms. Grei has deep regrets and remorseful" and "She wishes she could the hands of the clock and do things differently.".

Ms, Mendez struggles with low self-esteem, high levels of anxiety, and severe depression. She has isolated herself and feels worthless. It is crucial for her to have access to community resources that will enable her to address unresolved emotional challenges and provide opportunities to build a solid foundation of healthy coping, problem-solving, and decision-making skills. Additionally, these resources should help her learn critical life skills and gain a deeper understanding of the current stressors impacting her overall well-being.

While we acknowledge the seriousness of her criminal conduct that resulted in her arrest and subsequent guilty plea, we respectfully recommend that the Court consider a minimum sentence under the guidelines for Ms. Mendez. Such leniency would help prevent further exacerbation of the trauma she has endured throughout her life and mitigate additional harm to her children, who depend on her for stability and support.

The Consulting Project would like to thank the Court for its review and consideration of the contents of this memorandum and are hopeful it will concur with our recommendation.

Respectfully submitted,

Yaquelin Castillo, LCSW
Forensic Social Work Consultant

Reynaldo Cusicanqui, BA
Forensic Mitigation Specialist